IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SYED HOSAIN ALI,** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. **3:22-CV-785-L-BN** |
| | § | |
| **MERRICK GARLAND, Attorney** | § | |
| **General of the United States,** *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

On April 7, 2022, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 5) was entered, recommending that the court transfer Petitioner's section 2241 habeas application to the Ablilene Division of this district where Petitioner is physically confined. No objections to the Report were received as of the date of this order.

Having considered Petitioner's habeas application, the record, filed, and Report, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. The court, therefore, **transfers** Petitioner's section 2241 habeas application to the Ablilene Division of the Northern District of Texas where Petitioner is physically confined, and the clerk of the court is **directed** to effect the transfer in accordance with normal procedure.

**It is so ordered** this 29th day of April, 2022.

Sam A. Lindsay
United States District Judge

Order – Page 1